IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-238-D

JENNIFER YERGER, et al., )
 )
        Plaintiffs, )
v. ) **ORDER**
 )
LIBERTY MUTUAL GROUP, INC., )
 )
        Defendant. )

On March 22, 2013, the parties filed a joint motion for settlement [D.E. 95] and a supporting memorandum [D.E. 96]. The court GRANTS the motion [D.E. 95], APPROVES the settlement, and DISMISSES the action.

SO ORDERED. This 25 day of March 2012.

                                   JAMES C. DEVER III
                                   Chief United States District Judge